UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                            Case No. 2:04-cr-03

RICKY D. RASPBERRY,               HON. GORDON J. QUIST

    Defendant(s).
_____/

ORDER OF DETENTION

Defendant appeared before the undersigned on June 30, 2005, pursuant to a warrant of arrest issued by the Hon. Gordon J. Quist for failure to appear at sentencing. For the reasons stated on the record, IT IS HEREBY ORDERED that the order setting conditions of release as to defendant Raspberry is revoked. Defendant shall be detained pending sentencing scheduled for August 22, 2005, at 10:00 a.m., in Marquette, Michigan.

    IT IS SO ORDERED.

                                              /s/ Timothy P. Greeley
                                              TIMOTHY P. GREELEY
                                              UNITED STATES MAGISTRATE JUDGE

Dated: July 6, 2005